## 39495. STAFFORD ENTERPRISES, INC. v. AMERICAN CYANAMID COMPANY.

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur.*

DECIDED APRIL 5, 1983 —
REHEARING DENIED APRIL 25, 1983.

*W. Wray Eckl, Steven A. Miller, Willis J. Richardson, Jr.,* for appellant.

*Walter C. Hartridge, Joseph B. Bergen, Charles L. Sparkman,* for appellee.